**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. **24-cr-175-RMR**

UNITED STATES OF AMERICA,

     Plaintiff,

v.

GLORY IRENE GOODRICH-DEVERE,

     Defendant.

---

**INDICTMENT**

---

The Grand Jury charges:

## COUNT 1

On or about July 25, 2022, in the State and District of Colorado, the defendant, GLORY IRENE GOODRICH-DEVERE, knowingly made a false statement and representation to Modern Arms & Optics LLC, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Modern Arms & Optics LLC, in that the defendant GLORY IRENE GOODRICH-DEVERE executed and submitted to Modern Arms & Optics LLC a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record in connection with acquisition of a Glock Model G22 9mm caliber handgun bearing serial number XNZ232 and a Glock model 31 .357 SIG caliber handgun bearing serial number BXDZ493, stating that she was the actual transferee/buyer of a

firearm when as she well knew, she was not the actual transferee/buyer of the firearm but was acquiring the firearm on behalf of another person.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 2

On or about on or about July 25, 2022, in the State and District of Colorado, the defendant, GLORY IRENE GOODRICH-DEVERE, knowingly disposed of a firearm to C.N., knowing and having reasonable cause to believe that C.N. had been convicted of a crime punishable by imprisonment for a term exceeding one year.

All in violation of Title 18, United States Code, Section 922(d)(1).

## COUNT 3

On or about July 26, 2022, in the State and District of Colorado, the defendant, GLORY IRENE GOODRICH-DEVERE, knowingly made a false statement and representation to S.W., a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of S.W., in that the defendant GLORY IRENE GOODRICH-DEVERE executed and submitted to Modern Arms & Optics LLC a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record in connection with acquisition of a Glock Model 48 9mm caliber handgun bearing serial number BXMX554, stating that she was the actual transferee/buyer of a firearm when as she well knew, she was not the actual transferee/buyer of the firearm but was acquiring the firearm on behalf of another person.

2

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 4

Between and including on or about July 26, 2022, and August 31, 2023, in the State and District of Colorado, the defendant, GLORY IRENE GOODRICH-DEVERE, knowingly disposed of a firearm and ammunition to C.N., knowing and having reasonable cause to believe that C.N. had been convicted of a crime punishable by imprisonment for a term exceeding one year.

All in violation of Title 18, United States Code, Section 922(d)(1).

## COUNT 5

On or about July 26, 2022, in the State and District of Colorado, the defendant, GLORY IRENE GOODRICH-DEVERE, did knowingly purchase a firearm, to wit: Glock Model G22 .40 S&W caliber handgun bearing serial number XNZ232, in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of C.N., knowing or having reasonable cause to believe that C.N. had previously been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year.

All in violation of Title 18, United States Code, Section 932(b)(1).

## FORFEITURE ALLEGATION

1.      The allegations contained in Counts 1, 2, 3, 4, and 5 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the violation(s) described in paragraph 1 above, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm involved in the commission of the offense, including but not limited to 1) Glock Model G22 .40 S&W caliber handgun bearing serial number XNZ232, 2) Glock model 31 .357 SIG caliber handgun bearing serial number BXDZ493; and 3) Glock Model 48 9mm caliber handgun bearing serial number BXMX554.

\\

\\

\\

\\

4

3.      If any of the property described in paragraph 2 above, as a result of any

act or omission of the defendant:

      a)     cannot be located upon the exercise of due diligence;
      b)     has been transferred or sold to, or deposited with, a third
           party;
      c)     has been placed beyond the jurisdiction of the Court;
      d)     has been substantially diminished in value; or
      e)     has been commingled with other property which
           cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section

853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek

forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:


<u>Ink Signature on File with the Clerk's Office</u>
FOREPERSON


COLE FINEGAN
United States Attorney


By:_ *s/ Albert Buchman*_____
ALBERT BUCHMAN
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado   80202
Telephone: (303) 454-0100
Fax: (303) 454-0406
E-mail: al.buchman@usdoj.gov